UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION



FILED
SEP - 3 2010
CLERK

SAMPSON DUMARCE, JR.,

Plaintiff,

CV 10-1023

vs.

COMPLAINT

ROBERTS COUNTY JAIL and
UNITED STATES MARSHALS SERVICE,

Defendants.

Comes Now the Plaintiff, Sampson DuMarce Jr, filing a complaint against the Roberts County Jail and The United States Marshals Service pursuant to Civil Action under 42 § 1983.

Plaintiff states that while being held in federal custody at the Robert's County Jail in Sisseton, S.Dak., he had suffered an epileptic siezure.

Plaintiff also states that the pain and suffering due to the siezure that occurred on October 26th, 2009, was because of negligence on the Defendents' part.

Anti-Siezure medications are prescriped to the plaintiff for controlling the epileptic siezures and the medication was not properly dispense by the Robert's County Jail. The Robert's County Jail is responsible for the medication and also that it is properly dispensed.

On October 24, 2009 and October 25, 2009, the medication was not given to the plaintiff, which caused the siezure that occurred on October 26, 2009.

Attached is a copy of the Emergency room medical Record.

Truthfully,

*Sampson DuMarce Jr* (signature)

Sampson DuMarce Jr

**Coteau des Prairies Hospital & Clinic**
205 Orchard Drive
Sisseton, SD 57262-2398
(605) 698-7647

Privacy Notice Y / N    Directory Y / N

☒ Emergency   ☐ Same Day Surgery   ☐ Observation   ☐ CDP Home Care
☐ Out Patient  ☐ Clinic             ☐ P.T. / Rehab  ☐ PL Home Hlth.

| ADM. NO. | MED. RECORD. NO. | FIN. CLASS | PT. TYPE | | ROOM NO. |
|---|---|---|---|---|---|
| 529830 | 15355 | 06 | 22 | EMER ROOM | 109A |

| PATIENT NAME (LAST NAME FIRST, AND INITIAL) | PREVIOUS NAME | ADMISSION DATE | TIME | DISCHARGE DATE |
|---|---|---|---|---|
| DUMARCE JR, SAMPSON | | 10/26/09 | 09.44 | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP | SEX | MARITAL STATUS |
|---|---|---|---|---|---|---|
| 11706 REDDAY DR | SISSETON | ROBERTS | SD | 57262 | M | SINGLE |

| AGE | DATE OF BIRTH | SOC. SEC. NO | HOME PHONE | RELIGION | LIVING WILL | RACE |
|---|---|---|---|---|---|---|
| 29 Y | 11/12/1979 | 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 | 605-698-3716 | PRESBYTERIAN | N | 3 |

| OCCUPATION - PATIENT | EMPLOYER | EMPLOYER ADDRESS | TELEPHONE |
|---|---|---|---|
| STUDENT | | | |

| NEXT-OF-KIN-ONE | RELATIONSHIP | ADDRESS | | | TELEPHONE |
|---|---|---|---|---|---|
| HOPKINS, CHRISTINE | MOTHER | PEEVER | SD | 57257 | 605-698-3781 |

| NEXT-OF-KIN-TWO | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|
| | | | |

| GUAR. NO. | GUARANTOR NAME | ADDRESS | | | TELEPHONE |
|---|---|---|---|---|---|
| 15355 | DUMARCE JR, SAMPSON | 11706 REDDAY DR SISSETON | SD | 57262 | 605-698-3716 |

INSURANCE/PRIMARY AND ADDRESS — ROBERTS CO SHERIFF OFFICE PO BOX 937, SISSETON, SD 57262 — US Marshalls Service — CONTRACT 504967528 GROUP NO.

OTHER INSURANCE AND ADDRESS — SELF PAY 205 ORCHARD DRIVE SISSETON, SD 57262 — CONTRACT/ 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 GROUP NO.

ADMIT/ATTENDING PHYSICIAN: BEUMER, JUDY / BEUMER, JUDY     CLERK: STEINER

EMERGENCY ROOM CHARGES    Emergency Room  ☒ Emergency  ☐ Urgent  ☐ Elective

Brought By:  ☐ Self  ☐ Police  ☒ Ambulance  ☒ Relative  ☐ Other   @ Jailer

COPY

| ITEM | CHARGE | | CHARGE |
|---|---|---|---|
| EMERGENCY ROOM | 94.70 | | |

Laboratory ___
X-ray ___
EKG ___
Treadmill ___
Respiratory Therapy ___

**ENTRANCE COMPLAINT** If accident state where, when and how injured; If illness describe:

Patient brought by Grant-Roberts amb. from Roberts Cty jail. At around 0930, Patient had unwitnessed seizure. Pt has history of seizures. Last seizure ad last week. C/o HA - frontal, No incontinence. Unsure of last levels drawn. Ran out of Oxcarbazepine 1000m on Fri did not receive any on Sat or Sun. Pt alert oriented x1. Hx of Seizures since age of 16. 0950 - 18G left hand - flushed c ease. x1 attempt by J. Wehlken. States teeth intact. Did bite tongue. Has 3cm scabbed area on ® side of tongue. Small abrasion on 3rd knuckle, on ® hand. Not bleeding.

ARRIVED BY: ☒ AMBULANCE  [ ] WHEELCHAIR  [ ] CARRIED  TRAUMA
            [ ] WALKING     [ ] CART       [ ] YES  ☒ NO

| VITALS | TIME | TEMP | PULSE | RESP | B.P. | OXIMETER |
|---|---|---|---|---|---|---|
| | 0945 | | 120 | 20 | 144/72 | 97% |

Last DT 1-yr ago   Ht. 6'3"   Wt. 269.9 lb
Pneumonia Shot No   Flu Shot No

Nurse's Signature: J. Wehlken, chillor J. Norquist

Present Medications: see copy.
ALLERGIES: NKA

**Physician's Record/Treatment**

WN WN NAD in NAD - resting in 109. Has been out of Med for Seizure since 10/24/09. Neurologist is in Mpls.
Alert, Oriented. Normal Speech. - Adequate Historian
Lungs - clear to auscultation. Right side of tongue c superficial abrasion/laceration
Heart regular
Abd obese. No tenderness. Legs - no edema.

**DIAGNOSIS**: Seizure - Known Seizure disorder

780.39
345.90

Instructions to Patient:

Physician Notified 0955 A.M.  Examined 1030 A.M.
Condition on Discharge ☐ Improved  ☒ Stable  ☐ Poor
Disposition ☒ Home  ☐ Adm.  ☐ Expired  ☐ Transferred
Discharge Date: 10/26/09   Time: 1155 A.M.
Accompanied by: Jailer

I have received and understand the above instructions.

JCBeumer MD    Date 10/26/09
(Physician's Signature)

Roberts County Detention Center
P.O. Box 937
11924 BIA Hwy 700
Sisseton, SD 57262

Grievance Form

I, __Sampson__ __DuMarce Jr__,
    First Name             Middle Name           Last Name

Issue the following grievance with the Roberts County Jail, __Because I currently take anti-siezure drugs twice a day and on October 26 2009 at 9:00 am I suffered an epileptic siezure.__

__The pain and suffering of the siezure was due because of inadaquate medical care.__

__The agony, pain and suffering of the siezure was due because the medication that is taken for epilepsy was improperly dispersed.__

__My medication that is taken for epilepsy was not given on Saturday (10-24-09) and Sunday (10-25-09) and therefore cause the siezure on 10-26-09.__

Signature of Inmate __Sampson DuMarce Jr__

Staff signature _____

Date _____, Time _____