UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION


FILED
DEC 22 2011

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SAMPSON DUMARCE, JR., | CIV 10-1023 |
| Plaintiff, | |
| -vs- | ORDER |
| ROBERTS COUNTY JAIL and UNITED STATES MARSHALS SERVICE, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff, a prisoner incarcerated at the Pekin Federal Correctional Institute arising out of his 24 month revocation sentence in United States v. Sampson Dumarce, Jr., CR 09-10012, instituted a claim contending that defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment to the United States Constitution. His application to proceed *in forma pauperis* was denied and he was ordered to pay the filing fee before January 3, 2011, or this matter would be dismissed. He has failed to pay the filing fee.

Now, therefore,

IT IS ORDERED that this matter is dismissed without prejudice.

Dated this 22nd day of December, 2011.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Barbara J. Paepke
     DEPUTY
(SEAL)